# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

YAUSMENDA FREEMAN,

    Plaintiff(s),

v.

EQUIFAX, INC.,

    Defendant(s).

Case No. 2:21-cv-01137-APG-NJK

**ORDER**

[Docket Nos. 3, 8]

Pending before the Court is Plaintiff's motion to amend her petition for relief, filed on July 15, 2021. Docket No. 8. No response has been filed to date. Accordingly, the motion to amend is **GRANTED** as unopposed. Local Rule 7-2(d).[1] Plaintiff must promptly file and serve the proposed amended petition. *Cf.* Local Rule 15-1(b).

In light of the above ruling, the Court also **DENIES** as moot Plaintiff's prior petition for relief (Docket No. 3).

IT IS SO ORDERED.

Dated: August 6, 2021

                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] The Court expresses no opinion herein as to the merits of the proposed amended petition for relief.

1