# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

YAUSMENDA FREEMAN,

    Plaintiff(s),

v.

EQUIFAX, INC.,

    Defendant(s).

Case No. 2:21-cv-01137-APG-NJK

**ORDER**

On June 22, 2021, the Court ordered Plaintiff to clarify the relief she is seeking for purposes of determining the proper filing fee. Docket No. 6. On June 30, 2021, Plaintiff clarified that she limits the relief requested in this action to perpetuating testimony under Rule 27. Docket No. 7.[1] Given the clarifying limitation provided, the Court will not require Plaintiff to pay the full filing fee for civil cases.

IT IS SO ORDERED.

Dated: August 6, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Plaintiff also stated that she reserves the right to seek other relief, which the Court interprets to mean that she reserves the right to seek such relief <u>in a different action</u> since this case is limited as stated above.

1