UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YAUSMENDA FREEMAN,<br><br>    Plaintiff<br><br>v.<br><br>EQUIFAX, INC.,<br><br>    Defendant | Case No.: 2:21-cv-01137-APG-NJK<br><br>**Order Denying Second Motion for Default Judgment**<br><br>[ECF No. 27] |

    I previously denied plaintiff Yausmenda Freeman's motion for default judgment against defendant Equifax, Inc. because default had not been entered. ECF No. 24.  Freeman has now filed a second motion for default judgment.  But she still has not obtained a clerk's entry of default, so seeking default judgment is again premature. Fed. R. Civ. P. 55.  And it appears entry of default would be improper as Equifax has made an appearance in this case. *See* ECF No. 14.

    I THEREFORE ORDER that plaintiff Yausmenda Freeman's motion for default judgment **(ECF No. 27) is DENIED**.

    DATED this 12th day of November, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE