UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YAUSMENDA FREEMAN,<br>    Plaintiff(s),<br>v.<br>EQUIFAX, INC.,<br>    Defendant(s). | Case No. 2:21-cv-01137-APG-NJK<br>**Order**<br>[Docket Nos. 14, 15, 23, 29] |

On August 6, 2021, the Court ordered that Petitioner was granted leave to file an amended petition.  Docket No. 9.  On August 20, 2021, Petitioner filed an amended petition.  Docket No. 12.  Rather than simply brief that petition with a response and a reply, the parties have engaged in ancillary motion practice.  Docket No. 14 (Respondent's motion to strike); Docket No. 15 (Petitioner's motion to strike); Docket No. 23 (Petitioner's motion for sanctions related to service issues); Docket No. 29 (Petitioner's motion to strike).  Having reviewed that motion practice, the Court does not find that it should exercise its discretion to strike these filings or award sanctions, *cf. Jones v. Skolnik*, 2015 WL 685228, at *2 (D. Nev. Feb. 18, 2015), so all of these ancillary motions are **DENIED**.

The Court hereby **ORDERS** Respondent to file a brief responsive to the amended petition (at Docket No. 12) by December 8, 2021.  The Court **ORDERS** Petitioner to file any reply thereto by December 22, 2021.  The parties must focus their papers on the operative request to perpetuate testimony as <u>the Court will not entertain any ancillary motion practice at this time</u>.

IT IS SO ORDERED.

Dated: November 22, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1