# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

YAUSMENDA FREEMAN,

    Plaintiff(s),

v.

EQUIFAX, INC.,

    Defendant(s).

Case No. 2:21-cv-01137-APG-NJK

**Order**

[Docket No. 32]

    Petitioner has filed several cases. The objection filed in this case at Docket No. 32 should have been docketed in *Freeman v. Trans Union, LLC*, No. 2:21-cv-01117-JAD-NJK. Accordingly, the objection is **STRICKEN** from the docket of this case and the Clerk's Office is **INSTRUCTED** to docket the objection in the proper case.

    IT IS SO ORDERED.

    Dated: December 7, 2021

                                                               Nancy J. Koppe
                                                               United States Magistrate Judge