UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| YAUSMENDA FREEMAN, | Case No.: 2:21-cv-01137-APG-NJK |
|---|---|
| Plaintiff | **Order Affirming Magistrate Judge's Order and Denying Motions for Entry of Default and Default Judgment** |
| v. | |
| EQUIFAX, INC., | [ECF Nos. 34, 37, 38] |
| Defendant | |

Magistrate Judge Koppe entered an order addressing several pending motions. ECF No. 33. Plaintiff Yausmenda Freeman appealed that order. ECF No. 34. I have reviewed the appeal, Judge Koppe's order, and the underlying papers. Judge Koppe's order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). I therefore will affirm it and deny the appeal.

Ms. Freeman also moved for entry of default and default judgment against Equifax, Inc. ECF Nos. 37, 38. Entry of default is improper because Equifax has appeared in this case. ECF Nos. 14, 35. Freeman contends that the appearance in this case by Equifax Information Services, LLC should not count as an appearance by Equifax, Inc. But Equifax, Inc. has made an appearance on its own and it points out that Equifax, Inc. is a wrongly named entity. ECF No. 14. I deny entry of default.

After Freeman filed her motions, Judge Koppe denied Freeman's underlying petition to preserve testimony, which is the sole basis for this action. ECF No. 52. No party has appealed that order. Because there is nothing further for this court to address, I will order that this case be closed.

I THEREFORE ORDER that Magistrate Judge Koppe's Order **(ECF No. 33) is affirmed** and Ms. Freeman's appeal **(ECF No. 34) is denied**.

I FURTHER ORDER that Ms. Freeman's motions for default and default judgment **(ECF Nos. 37, 38) are DENIED**.

I FURTHER ORDER the clerk of the court to close this file.

DATED this 26th day of May, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE